UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| Edward Pajian | ) | Case No. 13 B 25893 |
| | ) | Honorable Donald Cassling |
| Debtor | ) | |

| | | |
|---|---|---|
| Lisle Savings Bank, | ) | |
| Plaintiff | ) | |
| | ) | Adversary No. 16-00474 |
| v. | ) | |
| | ) | |
| Glenn B. Stearns, Chapter 13 Trustee, | ) | |
| And Edward Pajian, | ) | |
| Defendants | ) | |

## NOTICE OF FILING

To:  Robert Schaller               Edward Pajian            Glenn Stearns, Ch. 13 Trustee
     Schaller Law Firm, P.C.       4716 Main Street         801 Warrenville Road
     700 Commerce Drive            Lisle IL 60532           Lisle IL 60532
     Suite 500
     Oak Brook IL 60523

PLEASE TAKE NOTICE that on August 10, 2016, LISLE SAVINGS BANK filed its **FIRST AMENDED ADVERSARY COMPLAINT** with the Bankruptcy Court, a copy of which is enclosed herewith.

/s/     MARK F. KALINA
GUERARD KALINA & BUTKUS
310 S. County Farm Road, Suite H
Wheaton, IL 60187
(630) 665-9033, Ext. 19

...............................................................................................................................
## CERTIFICATE OF SERVICE

The undersigned being first duly sworn on oath deposes and states that he caused a copy of the foregoing **Notice of Filing** to be served via first class mail properly addressed and postage prepaid to all parties shown above on the 20th day of August, 2016 before the hour of 5:00 p.m.

/s/     MARK F. KALINA

Mark F. Kalina, Esq.
GUERARD KALINA & BUTKUS
310 S. County Farm Road, Suite H
Wheaton, IL 60187
(630) 665-9033, Ext. 19

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| Edward Pajian | ) | Case No. 13 B 25893 |
| | ) | Honorable Donald Cassling |
| Debtor | ) | |

| | | |
|---|---|---|
| Lisle Savings Bank, | ) | |
| Plaintiff | ) | |
| | ) | Adversary No. 16-00474 |
| v. | ) | |
| | ) | |
| Glenn B. Stearns, Chapter 13 Trustee, | ) | |
| And Edward Pajian, | ) | |
| Defendants | ) | |

## FIRST AMENDED ADVERSARY COMPLAINT

### *Jurisdiction*

1.  This is an action for imposition of constructive trusts and accountings under Illinois law.

2.  This Court has jurisdiction over this case as an adversary proceeding pursuant to 28 U.S.C. §§157 and 1334. This is a core proceeding under 28 U.S.C §157(b)(2)(O).

### *Parties*

3.  Plaintiff is an Illinois savings bank and a creditor of the debtor.

4.  Glenn B. Stearns is the Chapter 13 Trustee administrating this bankruptcy estate.

5.  Edward Pajian is the debtor.

### *Allegations Common to All Counts*

6.  Debtor initiated his bankruptcy proceeding by filing his voluntary petition for relief on June 25, 2013 (Docket No. 1).

7.  Since August 12, 2011, plaintiff has been owner of a 50% undivided interest in ATG Trust Company Trust No. 97-072 (the "Trust"), which holds title to real estate commonly known as 4716 Main Street, Lisle, Illinois (the "Property"). Plaintiff acquired its interest via Cook County

1

state court turnover order. The plaintiff's ownership of said interest was adjudicated by DuPage County Circuit Court Judge Bonnie Wheaton on June 9, 2016 (see Exhibit "A" attached hereto).

8. At all times relevant, the debtor has been and continues to be owner of the other 50% undivided interest in the Trust.

9. At all times relevant, the debtor and the defendants have been aware of plaintiff's 50% beneficial ownership interest in the Property and its claim of ownership of 50% of the rental income generated by the Property (see plaintiff's objection to confirmation filed on August 2, 2013, Docket No. 21).

10. The debtor has never shared any of the rental income from the Property with the plaintiff.

11. Upon information and belief, the debtor has used plaintiff's share of the rental income to make payments to the Chapter 13 Trustee.

### *Count I – Constructive Trust –Glenn B. Stearns*

1-11. Plaintiff incorporates paragraphs 1-15 as paragraphs 1-15 of this Count I by reference.

12. Upon information and belief, all or part of the funds currently on deposit with Glenn B. Stearns are the property of the plaintiff, upon which a constructive trust should be imposed in favor of the plaintiff.

WHEREFORE, the plaintiff prays for:

A. Entry of an order imposing a constructive trust in favor of the plaintiff upon the

funds currently on deposit with Glenn B. Stearns; and/or

B. Such other or further relief as this Court deems just and equitable.

### *Count II – Accounting -- Pajian*

1-11. Plaintiff incorporates paragraphs 1-11 as paragraphs 1-11 of this Count III by reference.

12. Plaintiff is entitled to an accounting of all rental income received by the debtor since the date of plaintiff's acquisition of its interest in the Property.

2

WHEREFORE, the plaintiff prays for:

A.  Entry of an order requiring an accounting of all rental income received by the debtor since the date of plaintiff's acquisition of its interest in the Property; and/or

B.  Such other or further relief as this Court deems just and equitable.

Respectfully submitted,

LISLE SAVINGS BANK

By: /s/ Mark F. Kalina, Esq.

Mark F. Kalina, Esq.
GUERARD, KALINA & BUTKUS
310 S. County Farm Road, Suite H
Wheaton, Illinois 60187
(630) 665-9033, Ext. 19

UNITED STATES OF AMERICA

STATE OF ILLINOIS                                                              COUNTY OF DU PAGE

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT

| LISLE SAVINGS BANK | | **FILED** |
|---|---|---|
| -VS- | 2010CH004442 | 16 Jun 09   AM 10: 56 |
| ATG TRUST COMPANY | CASE NUMBER | *Chris Kachiroubas* |
| | | CLERK OF THE 18TH JUDICIAL CIRCUIT DUPAGE COUNTY, ILLINOIS |

### ORDER

Plaintiff's motion for summary judgment on Count III (Declaratory Relief) of plaintiff's amended complaint is granted, and the Court hereby declares the parties' rights and obligations thereunder as follows:

A. Lisle Savings Bank is the owner of a 50% undivided interest in ATG Trust Company trust no. 97-072 (the "Trust"), which Trust owns title to the to the real estate commonly known as 4716 Main Street, Lisle, Illinois (the "Property").

B. Lisle Savings Bank was granted said ownership interest in the Trust on August 12, 2011.

C. Edward Pajian, as holder of a 50% beneficial interest in the Trust, has a personal obligation to share with Lisle Savings Bank the rental income generated by the Property.

D. Edward Pajian, as holder of a 50% beneficial interest in the Trust, is personally obligated to share with Lisle Savings Bank the gross rents and expenses (excepting real estate taxes, property insurance, and other items required to be paid by the mortgagor and guaranteed by Edward Pajian) of the Property, and Lisle Savings Bank is entitled to fifty percent (50%) of such rents as fifty percent (50%) owner of the Trust.

E. Edward Pajian, as holder of a 50% beneficial interest in the Trust, has a personal obligation to provide to Lisle Savings Bank an accounting of rental income and expenses relating to the Property.

F. The quit claim deed recorded on or about September 27, 2010 as document no. R2010-128722 does not contain a genuine signature of a representative of the land trustee.

G. The quit claim deed recorded on or about September 27, 2010 as document no. R2010-128722 was ineffective to convey title to the Property out of the Trust and does not deprive Lisle Savings Bank of any of its rights in the Trust.

H. Cause continued to December 9, 2016 at 9:00 a.m. in Courtroom 2007 for status without further notice.



PLAINTIFF'S EXHIBIT A

This page in intentionally left blank.

Submitted by: GUERARD KALINA & BUTKUS
DuPage Attorney Number: 3925  ☐ PRO SE
Attorney for: LISLE SAVINGS BANK
Address: 310 SOUTH COUNTY FARM ROAD, SUITE H
City/State/Zip: WHEATON, IL, 60187-0000
Phone number: 630-698-4700

Entered: _____
JUDGE BONNIE M WHEATON
Validation ID : DP-06092016-1056-33137

Date: 06/09/2016