# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: ) | Bankruptcy No. 13 - 25893 |
| EDWARD J. PAJIAN, ) | Chapter 13 |
| ) | Honorable Donald R. Cassling |
| Debtor(s). ) | |
| ) | Adversary No. 16 - 00474 |
| LISLE SAVINGS BANK, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| GLENN STEARNS, ET AL, ) | |
| Defendant(s). ) | |

## FINAL PRETRIAL ORDER

*The following provisions will govern the future course of this proceeding. Failure to comply with the provisions of this order may result in waiver of claims or defenses, dismissal, default, exclusion or admission of evidence, or other sanction, as justice may require.*

Counsel for all parties are hereby ordered to confer and together prepare **and file** with the court on or before January 16, 2017, **a joint document** captioned "Pretrial Statement." The Pretrial Statement will contain the following information:

1. A brief statement of the theory of each claim and each defense;
2. A statement of stipulated facts in numbered paragraphs;
3. A statement in numbered paragraphs setting out the material facts in dispute;
4. Each party's list of witnesses with any objections noted, stating grounds; and
5. Each party's list of exhibits it plans to offer with objections noted, stating grounds.

On or before January 16, 2017, each party will provide all other parties a copy, and the court **two** copies, of all exhibits to be used at trial. Each exhibit shall be tabbed, pre-marked, e.g., "Trustee's Exhibit 1," and inserted into binders. In addition, each party shall provide the Court an electronic copy of all exhibits in PDF format via email to the courtroom deputy at CRD_Cassling @ilnb.uscourts.gov. Any exhibit to which an objection is not raised in the

Pretrial Statement will be received in evidence without an offer during the trial.

All dispositive motions, including summary judgment motions, must be fully briefed and be set for hearing not less than sixty (60) days before trial date.

Trial is set for January 23, 2017 at 10:00 a.m. in courtroom 619, 219 South Dearborn Street, Chicago, Illinois 60604.

**ENTERED:**

DATE: __December 16, 2016__

_____
**Donald R. Cassling**
**United States Bankruptcy Judge**